UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CARLOS BATEN RAMIREZ, DAVID PEREZ
CARRILLO, EUCLIDES VELOZ, JAVIER
HERNANDEZ HERNANDEZ, TIMOTEO
PEREZ HERNANDEZ, and FREDDY
GERVACIO,

                           Plaintiffs,

                           -against-

AAM RESTAURANT LLC (D/B/A
BISTANGO), MARC MIRBOD, and
ANTHONY AVELLINO,

                           Defendants.

---------------------------------------------------------------X

20-CV-4700 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' joint request for approval of their Settlement Agreement ("Agreement"). (Doc. 31.) The parties' letter and the Agreement, appended as Exhibit 1 to the parties' request, describe the total settlement amount reached as $200,000, (*id*. at 2; Doc. 31-1, at 2), but the settlement payments contemplated in the Agreement total $194,000, (*see id*.). In light of this discrepancy, the parties are hereby directed to file by on or before July 12, 2021 a joint supplemental letter (and, if applicable, amended Agreement) clarifying the total settlement amount reached, as well as any resulting modifications to their discussion of the fairness of the Agreement in view of the correct settlement amount.

SO ORDERED.

Dated:     July 7, 2021
             New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge